IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM J. GOULETTE, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED WHOLESALE MORTGAGE, LLC, <br><br> Defendant. | CV 24-175-M-DWM <br><br> JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the Court's Order dated February 20, 2025, (Doc. 18), and this matter is dismissed.

Dated this 20th day of February, 2025.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman